

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-89,970-01

### EX PARTE COBY RAY HUDGINS, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 43,645-B-H-1 IN THE 124TH DISTRICT COURT
### FROM GREGG COUNTY

*Per curiam*. RICHARDSON, J., filed a concurring opinion in which HERVEY, J., joined. KELLER, P.J., YEARY, and SLAUGHTER JJ., dissented.

## O P I N I O N

Applicant was convicted of murder and was sentenced to ninety-nine years' imprisonment. This Court affirmed the conviction and sentence on discretionary review. *Hudgins v. State*, No. PD-0163-17 (Tex. Crim. App. Jan. 24, 2018) (not designated for publication). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that trial counsel was ineffective at the punishment phase of trial because he did not adequately investigate and present mitigation evidence. The trial court recommend that relief be denied. However, we disagree. Applicant has shown that counsel was deficient and that

he was harmed by counsel's failure to investigate and present expert mitigation testimony during the punishment phase of trial.

Relief is granted. *Strickland v. Washington*, 466 U.S. 668 (1984). The sentence in cause number 43645-B in the 124th District Court of Gregg County is set aside, and Applicant is remanded to the custody of the Sheriff of Gregg County for the trial court to hold a new punishment hearing. The trial court shall issue any necessary bench warrant within ten days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: June 19, 2024
Do not publish